**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 21-6115

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

    v.

DARRYL SCOTT, a/k/a Kojak,

               Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:16-cr-00429-JKB-3)

Submitted:  June 23, 2021                      Decided:  July 14, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darryl Scott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Scott appeals the district court's orders denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and twice denying reconsideration. We review a district court's denial of a motion for compassionate release for an abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). Upon review of the record, we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Scott*, No. 1:16-cr-00429-JKB-3 (D. Md. July 17, 2020; Aug. 4, 2020; Dec. 18, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*